# EXHIBIT 1



*Member Profile as of 6/10/2013*

**Allied Pilots Association**

# Lawrence M. Meadows, FO

PO Box 4344
Park City, UT 84060-4344

| | |
|---|---|
| E-Mail: | lawrencemeadows@yahoo.com |
| Alt1 Email: | |
| Alt2 Email: | |

| | |
|---|---|
| Employee ID: | 332713 |
| Gender: | M |
| Marital Status: | S |
| Birth Date: | 3/8/1963 |
| Cell Phone: | (516) 982-7718 |
| Alt Phone: | |
| Pager: | |

## Additional Member Information

| | |
|---|---|
| Member Type: | MBR |
| Base: | MIA |
| APA Status: | MDD |
| AA Status: | LINE |
| Seniority #: | 0 |
| Equipment: | 777 |
| Hire Date: | 10/3/1991 |
| Classification Date: | 11/19/1991 |
| HQ Mail: | Y |
| Domicile Mail: | Y |

| | |
|---|---|
| Join Date: | 10/9/1991 |
| Full Member Date: | 12/18/1992 |
| APA Status Date: | 10/24/2011 |
| AA Status Date: | 9/3/2008 |
| Company Date: | 10/3/1991 |
| Division: | DOM |
| Retire Date: | 3/8/2028 |
| Occupational Date: | 11/19/1991 |
| HQ Email: | Y |
| Domicile Email: | Y |

oname. 6/5/2013. (1375 x 609)

