# EXHIBIT 2

**W-2 Copy B — To Be Filed With Employee's FEDERAL Tax Return**

| Box | Field | Value |
|---|---|---|
| b | Employer identification number (EIN) | 13-1502798 |
| c | Employer's name, address, and ZIP code | AMERICAN AIRLINES INC, PO BOX 619616, DFW AIRPORT, TX 75261 |
| e | Employee's first name and initial / Last name / Suff. | LAWRENCE M MEADOWS — 1 of 1 ID:10101000000000000149634073 |
| f | Employee's address and ZIP code | 1900 SUNSET HARBOR DR #2112, MIAMI BEACH, FL 33139-1493 |
| 1 | Wages, tips, other compensation | 69800.00 |
| 2 | Federal income tax withheld | 1382.08 |
| 13 | Retirement plan | X |

Form W-2 Wage and Tax Statement 2012 — Department of the Treasury-Internal Revenue Service — OMB # 1545-0008

---

**W-2 Copy 2 — To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return**

| Box | Field | Value |
|---|---|---|
| b | EIN | 13-1502798 |
| c | Employer | AMERICAN AIRLINES INC, PO BOX 619616, DFW AIRPORT, TX 75261 |
| e | Employee | LAWRENCE M MEADOWS — 1 of 1 ID:10101000000000000149634073 |
| f | Address | 1900 SUNSET HARBOR DR #2112, MIAMI BEACH, FL 33139-1493 |
| 1 | Wages, tips, other compensation | 69800.00 |
| 2 | Federal income tax withheld | 1382.08 |
| 13 | Retirement plan | X |

Form W-2 Wage and Tax Statement 2012 — Department of the Treasury-Internal Revenue Service — OMB # 1545-0008

---

**W-2 Copy 2 — To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return**

| Box | Field | Value |
|---|---|---|
| b | EIN | 13-1502798 |
| c | Employer | AMERICAN AIRLINES INC, PO BOX 619616, DFW AIRPORT, TX 75261 |
| e | Employee | LAWRENCE M MEADOWS — 1 of 1 ID:10101000000000000149634073 |
| f | Address | 1900 SUNSET HARBOR DR #2112, MIAMI BEACH, FL 33139-1493 |
| 1 | Wages, tips, other compensation | 69800.00 |
| 2 | Federal income tax withheld | 1382.08 |
| 13 | Retirement plan | X |

Form W-2 Wage and Tax Statement 2012 — Department of the Treasury-Internal Revenue Service — OMB # 1545-0008

---

**W-2 Copy C — For EMPLOYEE'S RECORDS**

| Box | Field | Value |
|---|---|---|
| b | EIN | 13-1502798 |
| c | Employer | AMERICAN AIRLINES INC, PO BOX 619616, DFW AIRPORT, TX 75261 |
| e | Employee | LAWRENCE M MEADOWS — 1 of 1 ID:10101000000000000149634073 |
| f | Address | 1900 SUNSET HARBOR DR #2112, MIAMI BEACH, FL 33139-1493 |
| a | Employee's social security number | 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 |
| 1 | Wages, tips, other compensation | 69800.00 |
| 2 | Federal income tax withheld | 1382.08 |
| 13 | Retirement plan | X |

Form W-2 Wage and Tax Statement 2012 — Department of the Treasury-Internal Revenue Service — OMB # 1545-0008