# EXHIBIT   4

| Subject: | Request for Grievance |
|---|---|
| From: | Lawrence Meadows (lawrencemeadows@yahoo.com) |
| To: | robert.raleigh@aa.com; john.hale@aa.com; |
| Cc: | mmyers@alliedpilots.org; |
| Date: | Sunday, February 5, 2012 12:14 AM |

*Sent via e-mail and certified mail:*

Dear Captain Hale and Captain Raleigh,

I'm writing to grieve the improper assertions and actions, made via e-mail (attched herewith) by Scott Hansen, Director HQD Flight Administration with respect to my employment status, seniority, and discharge. For the record I have never been contacted by, nor received any formal notice from my supervisor MIA Chief Pilot Raleigh, with respect to any of the above. Keep in mind I have a disability that affords me rights and protections under the American with Disabilities Act (ADA). Moreover, on 6Dec11 the company acknowledged such when they re-approved my Pilot Long Term Disability benefits.

In Blatant violation of the ADA, I was unilaterally removed me from the pilot seniority list, and discharged from American Airlines, not by my supervisor, but instead by the Mr. Hansen; who also denied me additional sick leave as a reasonable accommodation. Notwithstanding the fact that the "EEOC Enforcement guidance on the ADA and Psychiatric Disabilities, Para. 29", clearly states the *"No-Leave" policies* (such as the company's 5 years max sick leave rule) are *strictly prohibited.* Instead, I should have been granted additional leave as a reasonable accommodation, as long as necessary to meet the medical requirements of my job. In the interim the company is required to keep my same job, and position (i.e., seniority) open, until I'm able to return to work.

Furthermore, I protected then, as I am now as a Federal Whistle Blower. Yet Mr. Hansen, acting in a non-supervisory capacity asserted that he revoked my seniority and discharged me from the company; which constitutes a blatant violation of my rights and protections under federal law:

**Sarbanes–Oxley Section 1107: Criminal penalties for retaliation against whistleblowers:**
*"Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person, for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any federal offense, shall be fined under this title, imprisoned not more than 10 years, or both."*

Therefore as provided under Section 21 of the Pilots CBA, consider this my formal request for grievance on the above matter.

Sincerely,

Lawrence Meadows
777FO MIA