# EXHIBIT 5

November x, 2012

Keith Wilson
President
Allied Pilots Association
14600 Trinity Blvd., Suite 500
Ft. Worth, TX 76155-2512

Subject: Settlement Consideration and Bankruptcy Protections

Dear President Wilson:

The Tentative Agreement dated November x, 2012 reached between American Airlines, Inc. ("Company") and the Allied Pilots Association ("APA") in connection with the Company's Chapter 11 Restructuring was agreed to in furtherance of the Company's effort to restructure its capital structure and operations, and in consideration of the terms of the Tentative Agreement and this Letter of Agreement. This Letter of Agreement will be binding on any Chapter 11 trustee that may be appointed in the Company's present bankruptcy cases, *In re AMR Corporation, et al.*, Chapter 11 Case No. 11-15463(SHL) (hereinafter "Bankruptcy Cases"), or other entity operating with the equivalent authority of a Chapter 11 trustee.

**The Company and APA agree as follows:**

**1. Settlement Consideration.** In full and complete satisfaction of any and all claims APA has or might arguably have, on behalf of itself or the pilots represented by APA, pursuant to the Railway Labor Act ("RLA") or under or with respect to the abrogated collective bargaining agreement between the Company and APA or the existing pilot terms and conditions of employment ("Green Book"), against the Debtors (or any of them) in the Bankruptcy Cases, and subject to the approval of the Bankruptcy Court, APA will receive under a plan or plans of reorganization of the Debtors equity in the reorganized entity (the "APA Settlement Consideration") equal to 13.5% of such equity issued to the holders of allowed prepetition unsecured claims (including APA) against the Debtors (including any equity issued with respect to other unions) (collectively the "Unsecured Claims"). **The APA Settlement Consideration fully, finally, and completely extinguishes any and all claims, interests, causes or demands (including any and all pending grievances, excluding those grievances identified in Exhibit 1)** that APA has or might arguably have, on behalf of itself or the pilots represented by APA, pursuant to the RLA and the terms of the abrogated CBA and/or the Green Book, against the Debtors arising prior to the Effective Date of this Letter of Agreement as defined below. The APA Settlement Consideration will not be

# Exhibit 1
# Grievances excluded from the settlement

| Grievance No | Date Filed | Grievant |
|---|---|---|
| 06-003 | 01/05/06 | Hunter Presidential |
| 07-009 | 02/12/07 | Hunter Presidential |
| 07-028 | 06/14/07 | Haug, William |
| 07-048 | 08/08/07 | Mock, James |
| 07-066 | 11/05/07 | Murphy, Robert |
| 07-082 | 12/10/07 | Emery, Kathy |
| 08-005 | 02/20/08 | Hill Presidential |
| 08-021 | 04/07/08 | Hass, Mark |
| 08-066 | 07/21/08 | Tierney, Michael |
| 08-102 | 10/08/08 | Smith, Sidney |
| 09-002 | 01/21/09 | Reinford, Philip |
| 09-006 | 03/04/09 | Decker, Richard |
| 09-016 | 03/27/09 | Weiland, Ronald |
| 09-036 | 07/17/09 | Balcom, Robert |
| 10-026 | 04/27/10 | Clark, John J |
| 10-077 | 10/13/10 | Minkin, Ronald |
| 10-087 | 12/21/10 | Smith, Carl |
| 11-019 | 04/12/11 | Bowling, Phillip |
| 11-031 | 05/11/11 | Torres, Felix |
| 11-033 | 05/23/11 | Conlon, Steven |
| 11-054 | 08/18/11 | LGA Domicile |
| 11-065 | 10/24/11 | Gordon, Michael |
| 11-066 | 11/02/11 | Bates Presidential |
| 11-067 | 11/18/11 | Sheehan III, James |
| 11-084 | 11/29/11 | AICA |
| 12-009 | 01/27/12 | Thompson Jr, Glen |
| 12-011 | 02/04/12 | **Meadows, Lawrence** ← |
| 12-012 | 05/22/12 | DFW Domicile |
| 12-010 | 02/01/12 | Maher, Sylvan |
| 12-016 | 03/09/12 | Thompson, Lawrence |
| 12-023 | 04/09/12 | Salameh, Elias |
| 12-030 | 05/16/12 | Pollenz, Alan |
| 12-034 | 06/12/12 | Piper, William |
| *12-111 | 10/26/12 | Gary, William |
| *12-113 | 10/26/12 | Jackson, Carl |
| *12-114 | 10/26/12 | Bacon, Stephen |
| 10-042 - EXPEDIT | 06/24/11 | Hill Presidential |

*PEH Grievances: the Company reserves the right to challenge as non-disciplinary and not subject to grievance process.