# EXHIBIT 6



# American Airlines

June 6, 2013

Larry Meadows
1900 Sunset Harbor Dr. 2112
Miami Beach, FL 33139

Re: Grievance 12-011

Dear Larry,

    I held an appeal hearing for the above listed grievance on April 25, 2013 during which you protested your removal from the AA pilot seniority list as a result of being on continuous sick leave of absence for more than 3 year as specified in the Collective Bargaining Agreement.

    You did not provide new information at the hearing that would compel me to change the decision to remove you from the seniority list as provided by the Collective Bargaining Agreement, Sec. 11-1, K. 1. Therefore, your grievance is denied.

Sincerely,

*Bart*

Captain Bart Roberts
Director of Flight


CC: APA Legal
      Bob Raleigh, Director of Flight - MIA

P.O. Box 619617
DFW Airport, TX 75261-9617

