# EXHIBIT 7



## ALLIED PILOTS ASSOCIATION
Representing the pilots of American Airlines

O'Connell Building • 14600 Trinity Boulevard, Suite 500 • Fort Worth, TX 76155-2512 • 817.302.2272 • www.alliedpilots.org

6-28-13
Date

Pre-Arbitration Conference
c/o Ms. Michelle Solomon, System Board Coordinator
for Allied Pilots Association and American Airlines, Inc.
14600 Trinity Blvd., Suite 500
Fort Worth, TX 76155-2512

Re:   Grievance # 12-011, First Officer Lawrence Meadows

Dear Ms. Solomon:

Pursuant to the Agreement dated January 1, 2013 (the "CBA Agreement"), between American Airlines, Inc., and the airline pilots in its service, as represented by Allied Pilots Association, First Officer Lawrence Meadows filed a grievance on February 12, 2013, protesting the Company's action in removing him from the seniority list and discharging him from American Airlines.

The Initial Hearing was waived. The Appeal Hearing was held on April 25, 2013, before Captain Bart Roberts, Director of Flight. Captain Roberts denied the grievance via letter dated June 6, 2013.

CA Roberts's appeal denial is unsatisfactory and, consequently, pursuant to § 21.G.5 of the Agreement, this grievance is hereby submitted to the Pre-Arbitration Conference for consideration.

Sincerely,

Captain Keith C. Wilson
President

cc:   Ms. Helen Yu, Director, ER Arbitration
      First Officer Neil Roghair, Negotiating Committee Chairman
      Captain Frank McGill, Contract Compliance Committee Chairman
      First Officer Lawrence Meadows
      APA Legal Department (CRH)