# EXHIBIT  8

Chuck,                                                          August 21, 2013

Thanks for the update, I had hoped for better news. For all the same reasons I requested APA proceed to a PAC, I certainly want APA to now move the matter forward to the System Board.

First , and most importantly, as mentioned previously, I would be severely prejudice in the bankruptcy claims resolution process if my grievance is now deemed to be finally denied. My grievance was preserved as part of the APA Settlement Agreement, and is an integral part of my damages on my personal proof of claim.  If it is denied it will adversely affect the amount of my claim.

Second, if my grievance is resolved favorably it would benefit each and every pilot at APA, and especially the disabled pilots, and particularly those affected under pending  DFW Domicile Grievance 12-012.  Moreover,  during Equity Dispute Merit's Hearing testimony, Membership Committee Chairman, and DFW Base Chair, Capt. Rusty McDaniels, and filer of 12-012, admitted that he would like to see APA have discussions and its negotiators look at eliminating Sec 11. D just as United had done for its pilots CBA.  There is no reason our disabled pilots shouldn't enjoy the same security and protections afforded to their peers at UAL and SW, and be allowed to remain on the seniority list until such time that they can medically qualify to return to the cockpit, or until retirement age.

APA has the opportunity to resolve this Sec 11. D issue to the benefit of all its memebers, right here and right now.  Furthermore , if APA BOD Officer, Capt. McDaniel's is sincere about protecting the his members under 12-012, which I believe his testimony clearly showed, then APA can use my grievance as the vehicle to effectuate immediate relief to all similarly situated disabled/sick pilots. Therefore, I respectfully request the Association President appeal my grievance 12-011 to the System Board of Adjustment for a final review.

Fraternally,

Larry Meadows
777FO/MIA  AA#332713