# EXHIBIT 9

**ALLIED PILOTS ASSOCIATION**
Representing the pilots of American Airlines

O'Connell Building • 14600 Trinity Boulevard, Suite 500 • Fort Worth, TX 76155-2512 • 817.302.2272 • www.alliedpilots.org

August 29, 2013

Recieved Sep 5, 2013
Via U.S. MAIL

First Officer Lawrence Meadows
P. O. Box 4344
Park City, UT 84060-4344

Re: Grievance 12-011

Dear First Officer Meadows:

I am writing in reference to Grievance Number 12-011, which you filed on February 4, 2012. By way of background, your grievance was first heard by the Vice-President - Flight's designee on April 25, 2013. Your grievance was denied by the Vice President – Flight's designee by letter dated June 6, 2013. On June 28, 2013, at your request I submitted your grievance to the Pre-Arbitration Conference. Your grievance was discussed at the Pre-Arbitration Conference held August 6, 2013, but was not resolved. You subsequently requested that I consider your grievance for submission to the System Board of Adjustment.

I have considered your request and have decided not to submit your grievance to the System Board of Adjustment. Your grievance is based on federal statutory claims, and it is my understanding that you are already pursuing those claims in the appropriate federal forums. Under those circumstances, submission of your grievance to the System Board of Adjustment would not be appropriate.

Sincerely,

Captain Keith C. Wilson
President

cc:  APA Legal Department (CRH)